474 A.2d 650

Commonwealth v. Diggs, Appellant.

Submitted October 7, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.